U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 9 2005

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER BUCKENBERGER | CIVIL ACTION NO. 04-2342-P |
| VERSUS | JUDGE HICKS |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction (Doc. 3), Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 11), Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 15) and Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 16) are **DENIED** as moot.

Shreveport, Louisiana, this 8th day of September, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE