U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER BUCKENBERGER** | **CIVIL ACTION NO. 04-2342-P** |
| **VERSUS** | **JUDGE HICKS** |
| **CADDO CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the lack of written objections filed by the Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claim be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Shreveport, Louisiana, on this 24th day of October, 2005.

_____
S. MAURICE HICKS, JR
UNITED STATES DISTRICT JUDGE